**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01099-LTB-MJW

ROCHELLE BOECK,

      Plaintiff,

v.

ADVANTAGE NETWORK SYSTEMS,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 3 - filed July 18, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   July 19, 2007